

1  Kimberly A. Wright (SBN: 265899)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400
   Fax: 866-583-3695
4  kwright@consumerlawcenter.com
   Attorneys for Plaintiff,
5  JAYNE BARUCH

6              UNITED STATES DISTRICT COURT,
            SOUTHERN DISTRICT OF CALIFORNIA
7                  SAN DIEGO DIVISION

8  JAYNE BARUCH,                    )  Case No. 10 CV 0370 W WVG
                                    )
9            Plaintiff,             )  COMPLAINT AND DEMAND FOR
                                    )  JURY TRIAL
10     v.                           )
                                    )  (Unlawful Debt Collection Practices)
11 ESTATE RECOVERIES, INC.,         )
                                    )
12           Defendant.             )
                                    )
13 _____ )

14                  **VERIFIED COMPLAINT**

15      JAYNE BARUCH (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the

16 following against ESTATE RECOVERIES, INC., (Defendant):

17                      **INTRODUCTION**

18 1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

19    *U.S.C. 1692 et seq.* (FDCPA).

20 2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

21    Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

22                 **JURISDICTION AND VENUE**

23 3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

24    actions may be brought and heard before "any appropriate United States district court

25

                              - 1 -

                    PLAINTIFF'S COMPLAINT

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in San Diego, County of San Diego, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a company located in Middle River, Baltimore County, Maryland.

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt owed by her deceased father, Herbert M. Law (see transcribed voicemail messages attached as Exhibit A and photos of Plaintiff's caller ID attached as group Exhibit B).

13. Defendant sent Plaintiff a letter requesting payment for an alleged debt owed by Plaintiff's father (see letter dated January 19, 2010 attached as Exhibit C).

14. Plaintiff's deceased father was survived by his wife, Rose Marie Law, Plaintiff's step-

- 2 -

mother, and Plaintiff.

15. Plaintiff's uncle, David Law, was the executor of Plaintiff's father's estate, not Plaintiff.

16. Plaintiff is not legally responsible for her deceased father's estate.

17. Defendant contacted Plaintiff at 858-552-0244.

18. Defendant contacted Plaintiff from 866-537-3179 and 443-615-7400 (see group Exhibit B).

19. Defendant's representative "Tina Jones" calls Plaintiff and indicates that the call is from a legal department (see group Exhibit A).

20. Defendant's representative "Tina Jones" called Plaintiff and stated that there is a will that indicates Plaintiff is responsible for her father's bills (see group Exhibit A).

21. Defendant's representative "Tina Jones" called Plaintiff and failed to disclose that the call was from a debt collector (see Exhibit A).

22. On January 15, 2010, Defendant called Plaintiff at 7:51 a.m. PST (see group Exhibit B).

23. On January 19, 2010, Defendant called Plaintiff at 6:35 a.m. PST (see group Exhibit B).

24. On January 21, 2010, Defendant called Plaintiff at 7:42 a.m. PST (see group Exhibit B).

25. The letter sent to Plaintiff on January 19, 2009 fails to provide appropriate notice of the debt (see Exhibit C).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

26. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff before 8:00 a.m., local time at her location, a time known to be inconvenient for communicating with a consumer.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

- 3 -

c. Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the legal status of a debt because Defendant's representative indicated that Plaintiff is responsible for her deceased father's bills based on a registered will that Plaintiff has no knowledge of.

d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt because Defendant's representative indicated that Plaintiff is responsible for her deceased father's bills based on a registered will that Plaintiff has no knowledge of.

e. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt because Defendant called Plaintiff and stated that the call was from a legal department.

f. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in the initial communication and in subsequent communications that the communication was from a debt collector.

g. Defendant violated *§1692f* of the FDCPA by engaging in unfair and unconscionable means to collect a debt.

h. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will

- 4 -

be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

WHEREFORE, JAYNE BARUCH, respectfully requests judgment be entered against Defendant, ESTATE RECOVERIES, INC., for the following:

27. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

28. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

29. Actual damages,

30. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

31. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

32. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

33. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

    c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §*

- 5 -

1692 *et seq.*

WHEREFORE, Plaintiff, JAYNE BARUCH, respectfully requests judgment be entered against Defendant, ESTATE RECOVERIES, INC., for the following:

34. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

35. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

36. Actual damages,

37. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

38. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, JAYNE BARUCH, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: January 28, 2010                    KROHN & MOSS, LTD.

By: _____
            Kimberly A. Wright
            Attorney for Plaintiff

- 6 -

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

    Plaintiff, JAYNE BARUCH, states as follows:

1.    I am the Plaintiff in this civil proceeding.

2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

6.    Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, JAYNE BARUCH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _1-27-10_          _Jayne Baruch_

                                   JAYNE BARUCH

- 7 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT A**

PLAINTIFF'S COMPLAINT

## JAYNE BARUCH v. ESTATE RECOVERY, INC.

Jayne Baruch, this is Tina Jones with Estate Recovery's legal department. My number is 1-866-537-3179. My direct extension is 7528. It is very important that we hear from you. I will be leaving in 30 minutes. I was informed you yesterday I am leaving early today and it is very important that I speak with you concerning this. Again my number is 1-866-537-3179. My direct extension 7528. There is a will that is registered and states that you are liable to pay these bills plus the funeral. Both Visa bills with the Bank of America, so please contact me ma'am. Thank you.

Received at 7:57 a.m. on Friday, January 15, 2010:

Ms. Jayne Baruch. It's very important ma'am that I speak with you and I think that you are ignoring this. If you are I believe the only other solution is to the Rockingham County courthouse proceedings because you ... I have shown documents ... I do have a document stating that you should have paid these and I don't understand what you [answering machine ends call].

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT B**

PLAINTIFF'S COMPLAINT













1
2
3
4
5
6
7
8
9

## **EXHIBIT C**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- 10 -



DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THIS ADDRESS
Department # 6129
P.O. Box 1259
Oaks, PA 19456

*attn: Kimberly Wright*

**IDENTIFYING INFORMATION**

| | |
|---|---|
| Estate Recoveries Inc. File No.: | BOFA00000026930 |
| Creditor Account Number: | 4888931996319708 |
| Creditor: | Bank of America |
| Estate of: | HERBERT M LAW |
| **ACCOUNT BALANCE:** | $11783.85 |

**Office Hours (Eastern Time)**
M - Th: 9:00am - 9:00pm -- Fri: 9am - 5pm
1-866-537-3179
Fax: 443-451-2701

20432-16

**Estate Of Herbert M Law**
c/o Janie Baruch
5905 Agee St
San Diego, CA 92122-3714

January 19, 2010

Dear Sir/Madam:

The account balance is shown above. If you would like to set up a payment plan, or further discuss this account, please contact our office at 1-866-537-3179. Please send all payments to ERI with the remittance slip found at the bottom of this letter. To ensure proper posting, please write the ERI File Number on your check or money order.

If you have any questions, feel free to contact our office.

Sincerely,

Estate Recoveries, Inc.

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

---

Estate Of Herbert M Law
c/o Janie Baruch
5905 Agee St
San Diego, CA 92122-3714

**IDENTIFYING INFORMATION**

| Estate Recoveries Inc. File No.: | BOFA00000026930 |
|---|---|
| Creditor Account Number: | 4888931996319708 |
| Creditor: | Bank of America |
| **ACCOUNT BALANCE:** | $11783.85 |



**Make Check Payable To**

**Estate Recoveries, Inc.**
P.O. Box 15380
Baltimore, MD 21220

12    20432 - 16

Special State Disclosure

---

**California**

"The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 am or after 9 pm. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have a reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

For Medical Collections on behalf of a hospital: "Nonprofit credit counseling service may be available in the area."

---

Federal Statutes view this letter as communication under the provisions of the Federal Fair Debt Collection Practices Act. We are required by law to provide you with the following notice:

**This communication is from a debt collector and is an attempt to collect a debt, any information obtained will be used for that purpose.**

%JS 44 (Rev. 12/07)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
**FEB 16 2010**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

### I. (a) PLAINTIFFS
JAYNE BARUCH

### DEFENDANTS
ESTATE RECOVERIES, INC.

**(b)** County of Residence of First Listed Plaintiff   San Diego (CA)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____, MD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Krohn & Moss, Ltd. Kimberly A, Wright (323) 988-2400
10474 Santa Monica Blvd., Suite 401 Los Angeles, CA 90025

Attorneys (If Known)

'10 CV 0370      W      WVG

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

### V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692 et seq.
Brief description of cause:
Unlawful and abusive debt collection practices

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
01/28/2010

SIGNATURE OF ATTORNEY OF RECORD
Kimberly A. Wright

**FOR OFFICE USE ONLY**

RECEIPT # 10286   AMOUNT $350—   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

TB 02·17·10

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS010286
Cashier ID: mbain
Transaction Date: 02/17/2010
Payer Name: KROHN AND MOSS
--------------------------------
CIVIL FILING FEE
 For: BARUCH V ESTATE RECOVERIES
 Case/Party: D-CAS-3-10-CV-000370-001
 Amount:        $350.00
--------------------------------
CHECK
 Check/Money Order Num: 20744
 Amt Tendered:  $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```